## STATE v. MARVIN WILLIAMS

(Filed 27 November, 1957)

APPEAL by defendant from *Olive, J.,* April 15, 1957, Criminal Term, Greensboro Division, of GUILFORD.

Defendant was indicted and tried for the felony defined in G.S. 14-177 as "the abominable and detestable crime against nature, with mankind or beast"; and, the jury having returned a verdict of guilty, judgment imposing a prison sentence was pronounced. Defendant excepted and appealed.

IN RE GIBBONS.

*Attorney-General Patton, Assistant Attorney-General Bruton and F. Kent Burns, member of staff, for the State.*
*J. V. Morgan for defendant appellant.*

PER CURIAM. G.S. 14-177 includes the particular act of perversion charged in the bill of indictment. *S. v. Griffin*, 175 N.C. 767, 94 S.E. 678. Plenary evidence supports the charge. It would serve no needful purpose to discuss the unnatural and depraved conduct to which the evidence relates.

Each of defendant's assignments of error has been carefully considered. None discloses error of law affording a sufficient basis for the award of a new trial.

No error.